

# Memorandum

| Subject | Date |
|---|---|
| UNSEALING | August 13, 2026 |
| USA V. JOCSAN APARICIO-SANTOS (8:26MJ358) | |

| To | From |
|---|---|
| Clerk, U.S. District Court District Of Nebraska | Kelli L. Ceraolo, AUSA |

Be advised that the defendant is now in custody.   You may now unseal as follows,

pursuant to Fed. R. Crim. P. 6(e)(4):

☐     Unseal the Indictment and any underlying Magistrate Judge case.

☐     Unseal the Magistrate Judge Case

☐     Unseal the Indictment but the underlying Complaint and Affidavit should remain

     **Restricted**

☒     Unseal the Magistrate Judge Case but the underlying Complaint Affidavit should remain

     **SEALED**